

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

Case No. 2:25mj199
Court Date: November 5, 2025

MARKESE R. GRAY

CRIMINAL INFORMATION

COUNT ONE

Misdemeanor - Violation No. E1032215

THE UNITED STATES ATTORNEY CHARGES:

From on or about October 8, 2024, through on or about August 27, 2025, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, MARKESE R. GRAY, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

COUNT TWO

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

From on or about October 8, 2024, through on or about August 27, 2025, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia the defendant, MARKESE R. GRAY, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Eric S. Siebert
United States Attorney

By: *Ashley J. Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
ashley.young@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
ashley.young@usdoj.gov

**19 September 2025**
_____
Date